■ JOSEPH FLOOD, Respondent, v DONALD ZUCKER et al., Appellants, and SOUTHWEST 3RD AVE. CORP., Defendant and Third-Party Plaintiff-Appellant. SCHWARTZ & KORFF PLUMBING CORP., Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on April 15, 1977, granting plaintiff's motion for leave to amend his bill of particulars and increase the *ad damnum* clause in his complaint, unanimously affirmed, without costs and without disbursements. The papers submitted at Special Term were factually sufficient to warrant the relief awarded. A sufficient excuse for the delay in seeking such relief and merit to plaintiff's cause were shown, as was justification for the increase in the *ad damnum* clause. Order, Supreme Court, New York County, entered on April 15, 1977, severing the third-party action from the main action, unanimously reversed, on the facts and in the exercise of discretion, and motion denied, without costs and without disbursements. The third-party defendant did not adequately establish that it would be prejudiced if required to proceed to trial. Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.